**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02673-CMA-KLM

ALLYSON PHARR, an individual residing in Louisiana,
THE ESTATE OF BELDON E. FOX, JR., an estate pending in Louisiana, and
BELDON & COMPANY, INC., a Louisiana corporation,

      Plaintiffs,

v.

HERBERT WHALEN, an individual residing in Colorado, and
DONNA WHALEN, an individual residing in Colorado,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Joint

Request for Stipulated Dismissal of Lawsuit With Prejudice (Doc. # 43), signed by the

attorneys for the parties hereto, it is

      ORDERED that this cause of action is hereby DISMISSED WITH PREJUDICE,

each party to pay his, her or its own costs and attorneys' fees associated with this

matter.

      DATED:  August __01__, 2011

                            BY THE COURT:

                            _____
                            CHRISTINE M. ARGUELLO
                            United States District Court Judge